1  GREGORY R. OXFORD (S.B. #62333)
   goxford@icclawfirm.com
2  ISAACS CLOUSE CROSE & OXFORD LLP
   21515 Hawthorne Boulevard, Suite 950
3  Torrance, California 90503
   goxford@icclawfirm.com
4  Telephone:  (310) 310-1990
   Facsimile:  (310) 330-1330

   Attorneys for Defendant and
   Third Party Plaintiff
   General Motors LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSTENS CHEVROLET, INC., a California corporation, dba CARSTENS MOTORS, INC.; and ROBERT H. CARSTENS, aka BOB CARSTENS,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:16−cv−02618−MCE−CMK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF FIRST AMENDED COMPLAINT, THIRD PARTY COMPLAINT AND ENTIRE ACTION WITH PREJUDICE**<br><br>[F.R. Civ. P. 41(a)(1)(A)(ii)] |
| GENERAL MOTORS LLC, a Delaware Limited Liability Company,<br><br>Third Party Plaintiff,<br><br>vs.<br><br>BILLY LEON MARKER, JR.,<br><br>Third Party Defendant. | |

**WHEREAS**, the parties to this action have reached a confidential settlement,

**IT IS HEREBY STIPULATED**, by and among plaintiffs Carstens Chevrolet, Inc.

1

and Robert H. Carstens ("Plaintiffs"), defendant and third party plaintiff General Motors LLC ("GM"), and third party defendant Billy Leon Marker, Jr. ("Marker"), pursuant to Rule 41(a)(1)(A)(ii), that Plaintiffs' First Amended Complaint against GM and GM's Third Party Complaint against Marker, which are the only operative complaints in this action, are hereby dismissed with prejudice.

All parties shall bear their own attorney's fees, costs and expenses.

Dated: October 20, 2017     MICHAEL M. SIEVING

By *[s] Michael M. Sieving*

Attorneys for Plaintiffs Carstens Chevrolet, Inc.
and Robert H. Carstens and
Third Party Defendant Billy Leon Marker, Jr.

Dated: October 20, 2017     GREGORY R. OXFORD
ISAACS CLOUSE CROSE & OXFORD LLP

By *[s] Gregory R. Oxford*

Attorneys for Defendant
and Third Party Plaintiff
General Motors LLC

**ORDER**

Based upon the stipulation of all parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED**, pursuant to Rules 41(a)(1)(A)(ii), that Plaintiffs' First Amended Complaint against GM and GM's Third Party Complaint against Marker, and the action, are hereby dismissed with prejudice, all parties to bear their own attorney's fees, costs and expenses. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: October 23, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2